IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. HARPER,

    Petitioner,                     No. CIV S-08-1410 DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer on November 10, 2008, and petitioner has filed his traverse on December 8, 2008. This matter is now submitted for decision. The court will direct the Clerk of the Court to serve respondents with the court's form regarding consent or request for reassignment.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve the court's form regarding consent or request for reassignment on Deputy Attorney General Kasey Elizabeth Jones.

DATED: December 17, 2008.

DAD:4
harp1410.consent

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE