IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. HARPER,

      Petitioner,      No. CIV S-08-1410 FCD DAD P

   vs.

D. K. SISTO, WARDEN, et al.,

      Respondents.    <u>FINDINGS & RECOMMENDATIONS</u>

          /

  Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 27, 2010 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); <u>Hayward v. Marshall</u>, No. 06-55392, 2010 WL 1664977, *5 (9th Cir. Apr.22, 2010) (en banc).

  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

1

1  "The standard for a certificate of appealability is lenient."  Hayward, 2010 WL
2  1664977, at *4.  A petitioner need only "show that reasonable jurists could debate the district
3  court's resolution of that the issues are adequate to deserve encouragement to proceed further."
4  Id. (internal quotations omitted).  See also  Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003);
5  Barefoot v. Estelle, 463 U.S. 880, 893 (1983); Jennings v. Woodford, 290 F.3d 1006, 1010 (9th
6  Cir. 2002).[1]

7  For the reasons set forth in the magistrate judge's March 24, 2010 findings and
8  recommendations, the court finds that petitioner has not made a substantial showing of the denial
9  of a constitutional right.  Accordingly, a certificate of appealability should not issue in this
10 action.

11  IT IS SO ORDERED.
12 DATED: May 21, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) .